NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RASHID EL MALIK,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7201

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-2110, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Rashid El Malik moves for leave to file a response to the respondent's informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the court treats El Malik's motion as his reply brief.

FOR THE COURT

**DEC 0 9 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Rashid El Malik
     Steven M. Mager, Esq.
s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 0 9 2011

**JAN HORBALY**
**CLERK**